## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| GEORGE C. GREEN and<br>EDNA T. GREEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROGER H. KUNDE and<br>NORTH END AUTO WRECKING,<br>INC.,<br><br>    Defendants. | )<br>)<br>)   No. 2:12-cv-01010-LRR<br>)<br>)   **STIPULATION OF DISMISSAL**<br>)   **WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiffs, George C. Green and Edna T. Green, by their undersigned counsel of record and Defendants Roger H. Kunde and North End Auto Wrecking, Inc., by their undersigned counsel of record, stipulate that all claims and causes of action asserted by Plaintiffs George C. Green and Edna T. Green in the above-entitled cause are to be dismissed with prejudice. Further, the Court is hereby notified that the parties shall bear their own court costs.

*/s/ Pressley Henningsen*

PRESSLEY HENNINGSEN   AT0003402

RSH LEGAL
Suite 1140, Plaza 425
425 Second Street SE
Cedar Rapids, Iowa 52401
Phone:   (319) 365-9200
Fax:   (319) 365-1114
phenningsen@fightingforfairness.com

Thomas W. Kyle
Pitman, Kyle, Sicula & Dentice, S.C.
721 N. 4th Street
Watertown, WI 53098
Phone: 920-261-9962
FAX:   920-390-2799
tom@pksdlaw.com

ATTORNEYS FOR THE PLAINTIFFS

*[signature]*

Brian Kohlwes
Law office of Scott J. Idleman
666 Walnut Street, Ste 2302
Des Moines, IA 50309
Atty for Defendants
Phone: (515)508-6460
Fax:   (515)508-6466
kohlweb@nationwide.com

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses, as set forth below, on *August 28*, 2013,

by: ____ U.S. Mail           ____ Fax
    ____ Hand Delivered      ____ Overnight Courier
    *efile x*    *Cindy Ashton*